Sanmathi Dev, Esq. – 011602011
CAPEHART & SCATCHARD, P.A.
8000 Midlantic Drive, Suite 300S
PO Box 5016
Mount Laurel, N.J. 08054-5016
Tele: (856) 235-6800
Fax: (856) 235-2786
sdev@capehart.com
*Attorneys for Defendants, Florence Township Board of Education, Florence Township School District, Derrick Goduto and Donna Ambrosius*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOCELYN STARR AS GUARDIAN AD LIEM FOR C.P.,<br><br>Plaintiff,<br><br>v.<br><br>FLORENCE TOWNSHIP BOARD OF EDUCATION, FLORENCE TOWNSHIP SCHOOL DISTRICT, DERRICK GODUTO AND DONNA AMBROSIUS,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>BURLINGTON COUNTY<br><br>DOCKET NO: BUR-L-1010-25<br><br>Civil Action<br><br>**NOTICE OF REMOVAL**<br>**(FEDERAL QUESTION JURISDICTION)** |

PLEASE TAKE NOTICE that Defendants, Florence Township Board of Education, Florence Township School District, Derrick Goduto, and Donna Ambrosius ("Defendants"), by and through their undersigned legal counsel, hereby file this Notice of Removal of the above-captioned action to the United States District Court for the District of New Jersey, from the New Jersey Superior Court, Law Division, Burlington County, where the civil action is now pending, and state:

## I. STATE COURT ACTION

1. On May 5, 2025, Plaintiff commenced an action in the Superior Court of New Jersey, Law Division, Burlington County, by filing a Complaint bearing Docket No. BUR-L-1010-25 (the "State Court Action"), which is now pending in that Court.

2. Defendants were served on May 13, 2025 with a copy of the Summons and Complaint.

3. The Complaint in the State Court Action purports the following causes of action under New Jersey state law against the Defendants:

| | |
|---|---|
| Count I | New Jersey Law Against Discrimination; |
| Counts II & III | New Jersey Civil Rights Act; |
| Count IV | Negligence; |
| Count V | Negligent Infliction of Emotional Distress. |

A copy of the Complaint in the State Court Action is attached as **Exhibit A**.

4. On or about October 7, 2026, Plaintiff filed a motion in the State Court Action to seek leave to file an Amended Complaint. A copy of Plaintiff's Motion to Amend the Complaint in the State Court Action is attached as **Exhibit B**.

5. On or about October 13, 2026, Defendants received the Plaintiff's Motion to Amend the Complaint ("Motion") in the State Court Action by way of counsel.

6. Defense counsel requested adjournments from Plaintiff's counsel to respond to the Motion to which Plaintiff's counsel consented.

7. Plaintiff's Motion contains as an exhibit a proposed amended Complaint. Exhibit B.

8. On or about November 12, 2026, Defendants filed an opposition to Plaintiff's Motion in the State Court Action. A copy of Defendants' opposition to the Motion to Amend the Complaint is attached as **Exhibit C**.

9. The Court in the State Court Action has scheduled oral argument on Plaintiff's Motion for November 17, 2026.

10. As of the time of this submission, no decision has been made on Plaintiff's Motion and no formal amended complaint has been filed by Plaintiff in the State Court Action.

11. While no decision has been made on Plaintiff's Motion and no formal amended complaint has been filed by Plaintiff in the State Court Action, Defendants seek removal under 28 U.S.C. 1446(b)(3) based on Plaintiff's attempt to amend the Complaint to add federal claims.

12. In preparing their opposition to Plaintiff's Motion which Defendants filed on November 12, 2026, Defendants became aware that Plaintiff's proposed amended Complaint seeks to add federal claims against Defendants. Defendants' removal of the State Court Action is timely in this regard, and especially since no decision has been made as to whether Plaintiff is permitted to amend the Complaint.

## II. FEDERAL QUESTION JURISDICTION

13. The United States District Court for the District of New Jersey has federal question jurisdiction in this case based on 28 U.S.C. 1331. Federal question jurisdiction exists in all civil actions arising under the Constitution, laws, or treaties of the United States. Id.

14. Plaintiff's proposed amended Complaint in the State Court Action alleges violations of Title IX, 20 U.S.C. 1681 et seq.

15. Therefore, removal of this case is proper pursuant to 28 U.S.C. 1441.

## III. CONSENT OF ALL DEFENDANTS

16. Removal is proper as this notice is being filed on behalf of all Defendants named in the State Court Action, who all consent to the removal of this cation through their undersigned counsel.

## IV. VENUE

17. The United States District Court for the District of New Jersey is the proper District Court of the United States within whose geographic and jurisdictional boundaries the Plaintiff's State Court Action is currently pending.

## V. NOTICE TO PLAINTIFF AND STATE COURT

18. Upon filing of this Notice of Removal, Defendants will be providing written notice to the Superior Court of New Jersey, and to the Plaintiff. A Copy of the Notice to the Court and to Plaintiff is attached hereto as **Exhibit D**.

19. By filing this Notice, Defendants do not waive any objections or defenses that any of them have or may have as to service, jurisdiction, venue, or any other defenses available to them at law, in equity, or otherwise. Defendants do not make and do not intent any admission of fact or law by this Notice and hereby expressly reserve all defenses and motions.

20. If the Court should be inclined to remand this Action, Defendants respectfully request that the Court issue an Order to Show Cause why the case should not be remanded, providing Defendants an opportunity to first present briefing and argument concerning the elements of subject matter jurisdiction prior to any possible review. Such procedure is appropriate, because a remand order is not subject to appellate review.

**WHEREFORE,** Defendants respectfully request that the foregoing action be removed from the Superior Court of New Jersey, Law Division, to the United States District Court of the District of New Jersey.

**CAPEHART & SCATCHARD, P.A.**
*Attorneys for Defendants,*
*Florence Township Board of Education,*
*Florence Township School District,*
*Derrick Goduto, and Donna Ambrosius*

By: */s/ Sanmathi Dev*
____________________________
Sanmathi Dev, Esq.

Dated: November 13, 2026